**Order filed April 23, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00201-CR
_____

### ROBERTO GUITERREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1497729**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of the following **SEALED** exhibits **State's Exhibits 15, a CD and State's Exhibits 16 through 37, photographs.**

The clerk of the 177th District Court is directed to deliver to the Clerk of this court the original of State's Exhibits 15, a CD and State's Exhibits 16 through 37, photographs, on or before **May 3, 2019.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits 15, a CD and State's Exhibits 16 through 37, photographs, to the clerk of the 177th District Court.


PER CURIAM